■ In the Matter of THOMAS McCORMICK, Appellant, v DIANE FRANKLIN, Respondent. [774 NYS2d 757]—In a child custody proceeding pursuant to Family Court Act article 6, the father

appeals from an order of the Family Court, Westchester County (Cooney, J.), dated July 2, 2002, which dismissed the petition for lack of jurisdiction. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]) in which he moves to be relieved of the assignment to prosecute the appeal.

Ordered that the motion is granted, Andrew W. Szczesniak is relieved as attorney for the appellant, and he is directed to turn over to new counsel assigned herein all papers in his possession; and it is further,

Ordered that Frank Marocco, Esq., 175 Main Street, White Plains, N.Y. 10601 (845) 940-1880 is assigned as counsel to perfect the appeal; and it is further,

Ordered that new counsel shall serve and file a brief on behalf of the appellant on or before May 24, 2004.

A nonfrivolous issue exists on this record as to whether the Family Court erred in concluding that it did not have jurisdiction to entertain the petition (*see Vernon v Vernon*, 100 NY2d 960, 969-971 [2003]; *Corkins v Corkins*, 253 AD2d 783 [1998]). Accordingly, the motion of the petitioner's assigned counsel is granted and new appellate counsel is assigned (*see Matter of Joseph B.*, 307 AD2d 996 [2003]). Ritter, J.P., Goldstein, Crane and Rivera, JJ., concur.